JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRIS LANGER**,<br><br>       Plaintiff,<br>v.<br><br>**MARILYN SERRET**, in her individual and representative capacity as trustee of the Lorenzo Family Trust Dated June 15, 1990; **MARICELA LORENZO RODRIGUEZ**, in her individual and representative capacity as trustee of the Lorenzo Family Trust Dated June 15, 1990; and Does 1-10,<br><br>       Defendants. | Case: 2:17-cv-05156-R-PLA<br><br>**ORDER OF DISMISSAL FOR MARICELA LORENZO RODRIGUEZ ONLY** |

## **ORDER**

Defendant Maricela Lorenzo Rodriguez, in her individual and representative capacity as trustee of the Lorenzo Family Trust Dated June 15, 1990 is hereby ordered dismissed without prejudice.

Dated: December 12, 2017

———————————————
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE